SCWC-15-0000334

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

MICHAEL EDWARD MILLER,
Petitioner/Plaintiff-Appellant,

vs.

WAIOLI CORPORATION, a Hawaiʻi corporation;
JUDY D. WAKUMOTO, TRUSTEE; RUSSELL AKIO WATARI;
CLARENCE ELI KAONA, STATE OF HAWAIʻI; JOSEPH A. KINOSHITA;
ELIAS DELBERT KAIPO SILVA; ISAAC KEKOA SILVA,
J. WILLIAM SANBORN, TRUSTEE OF THE J. WILLIAM SANBORN TRUST,
Respondents/Defendants-Appellees.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-15-0000334; CIV. NO. 95-0132)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, and Pollack, JJ.,
and Circuit Judge Ashford, in place of Wilson, J., recused.)

Petitioner/Plaintiff-Appellant Michael Edward Miller's
application for writ of certiorari filed on May 22, 2018, is
hereby rejected.

DATED:  Honolulu, Hawaiʻi, July 18, 2018.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ James H. Ashford

